```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHRISTOPHER O'ROURKE,                                              :
                                                                   :
                    Plaintiff,                                     :
                                                                   :    19-cv-6162 (LJL)
        -v-                                                        :
                                                                   :    ORDER
EHSAN FOOD CORP. ET AL,                                            :
                                                                   :
                    Defendants.                                    :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED that the status conference previously set for May 4, 2020 is RESET to May 20, 2020 at 3:00 p.m. It will proceed telephonically. The parties are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

May 1, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge