```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CHRISTOPHER O'ROURKE,                                              :
:
:
Plaintiff,                                                         :
:                         19-cv-6162 (LJL)
-v-                                                                :
:                         ORDER
:
EHSAN FOOD CORP. ET AL,                                            :
:
Defendants.                                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     As discussed at the conference today, over no objections, the following is HEREBY ORDERED:

1. Plaintiff's expert report is due July 20, 2020.
2. Any discovery responsive to that report is due August 3, 2020.
3. Trial will begin on October 19, 2020.
4. All pretrial submissions are due October 15, 2020. The parties may agree on any schedule for briefing motions *in limine*, so long as all such motions are fully submitted by October 15, 2020.

     SO ORDERED.

Dated: May 20, 2020
      New York, New York
                                            LEWIS J. LIMAN
                                        United States District Judge