UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHISTOPHER O'ROURKE,                                        :

        Plaintiff,                                  :

                **ORDER**

    -against-                                           :

              19-CV-6162 (LJL) (KNF)

EHSAN FOOD CORP. and KWONG MAY, LLC,    :

        Defendants.                                 :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Based on the information provided in Docket Entry Nos. 41 and 42, the settlement conference scheduled previously for July 23, 2020, is cancelled.

Dated: New York, New York          SO ORDERED:
       July 23, 2020

                                                         _/s/ Kevin Nathaniel Fox_
                                                         KEVIN NATHANIEL FOX
                                                         UNITED STATES MAGISTRATE JUDGE