```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISTOPHER O'ROURKE, :
:
Plaintiff, :
: 19-cv-6162 (LJL)
-v- :
: ORDER
EHSAN FOOD CORP. and KWONGMAY, LLC, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The parties appeared for a status conference on October 22, 2020.  Defendants stated that they intend to file a motion to dismiss.  Defendant shall make its motion its motion to dismiss for failure to make a timely substitution under Fed. R. Civ. P 25(a) by November 6, 2020.  Plaintiff shall respond by November 13, 2020.  Defendant shall reply by November 17, 2020.

      SO ORDERED.

Dated: October 22, 2020
       New York, New York
                                          LEWIS J. LIMAN
                                     United States District Judge