UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER O'ROURKE,

                Plaintiff,

-against-                                          19 CIVIL 6162 (LJL)

                                                           **JUDGMENT**

EHSAN FOOD CORP., and KWONG MAY, LLC,

                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 24, 2020, and on the record before the Court, "this is a case of simple, and avoidable, neglect, without any showing of a reasonable basis for the failure to comply with Rule 25(a)(1), or any reasonable basis to grant an extension of time under Rule 6(b)(1)(B)." Harp, 2008 WL 2971702, at *3. The motion to dismiss the action is granted.

**Dated:** New York, New York

        November 24, 2020

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                      BY:

                                                             **Deputy Clerk**